UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HILL,

                              Plaintiff,

                  -against-

OFFICER ROMANYCH, et al.,

                              Defendants.

25-CV-4868 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

On October 27, 2025, pursuant to this Court's Order at ECF No. 8, Defendant County of Westchester served on Plaintiff the identity of the Westchester County Jail officials who were present in and around the area of the incident alleged in Plaintiff's complaint on April 9, 2025. ECF No. 12. Plaintiff SHALL file his amended complaint, naming the newly identified individual officer defendants he wishes to add to the lawsuit, if any, and providing their badge numbers, by no later than December 15, 2025. The amended complaint will replace, not supplement, the original complaint. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order directing service on the newly identified defendants. An amended complaint form is attached to this Order, together with Plaintiff's original complaint for his reference. Plaintiff should also note the Court's dismissal of Plaintiff's claims against the Westchester County Jail and addition of the County of Westchester as a defendant. *See* ECF No. 8.

Defendants Officer Romanych, Officer Jones, and County of Westchester are ORDERED to file their responsive pleadings within 21 days of Plaintiff's Amended Complaint appearing on the docket.

The Court respectfully directs the Clerk of Court to mail a copy of this Order and ECF

No. 12 to Plaintiff.

Dated: October 30, 2025
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff.


-against-

_____

_____

_____

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

_____CV_____

(Include case number if one has been
assigned)

**AMENDED**

**COMPLAINT**

(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

First Name                Middle Initial              Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

Institutional Address

County, City                          State                    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 2:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

_____

_____

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JOE  HILL

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

OFFICER  ROMANYCH

OFFICER  JONES

WESTCHESTER COUNTY JAIL

CorrECTION  OFFICER  BOOKING SEARCH

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see above" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No
IF NESSARY

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒  Violation of my federal constitutional rights

☒  Other: ___8TH___ AMENDMENT / SEXUAL MISCONDUCT / HARRASSMENT

## II.  PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

JOE
First Name                    Middle Initial              Hill
                                                          Last Name

NONE
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

P-39194
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

NEW
WESTCHESTER COUNTY JAIL
Current Place of Detention

10 WOODS ROAD.
Institutional Address

WESTCHESTER VAlHAllA          N.Y.              10595
County, City                  State             Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced prisoner          (SOON TO)
                                             (lEAVE )
☒  Other: ___PAROlE VIOlATOR___

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   OFFICER      ROMANYCH          N/A
               First Name           Last Name          Shield #

CORRECTION OFFICER/WESTCHESTER COUNTY JAIL
Current Job Title (or other identifying information)

10 WOODS RD.
Current Work Address

VALHALLA          N.Y.          10595
County, City                State          Zip Code

Defendant 2:   OFFICER      JONES             N/A
               First Name           Last Name          Shield #

CORRECTIONAL OFFICER
Current Job Title (or other identifying information)

WESTCHESTER COUNTY JAIL/CORRECTION OFFICER
Current Work Address

VALHALLA          N.Y.          10595
County, City                State          Zip Code

Defendant 3:

               First Name           Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State          Zip Code

Defendant 4:

               First Name           Last Name          Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                State          Zip Code

## V.    STATEMENT OF CLAIM

VIDEO DATA

Place(s) of occurrence: WESTCHESTER COUNTY ~~JAIL~~ NEW Booking SEATCH

Date(s) of occurrence: April 9TH 2025, 8:30 TO 8:45 AM

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

ON THIS DATE OF April 9TH 2025. AT ABOUT 8:45 AM OT EAMYET, I WAS TOLD TO ENTET THE STRIP BOOTH AND TO TAKE OFF CLOTHING, ONE PIECE AT A TIME AND I SAID TO THE OFFICET SEATCHING ME "THETE'S A X-TAY MACHINE AND WHY ATE YOU STRIP SEATCHING ME (going To COUTT"?). OFFICET ROMANYCH SAID "STOP TAIKING". AND I STOP BUT THETE WETE A OFFICET THAT WAS WATCHING ME EKTEMLY HATD, AND WHEN I GOT NAKED, THE OFFICET SEATCHING ME (OFFICET ROMANYCH) & OFFICET JONES BUT SOME OTHET OFFICETS MADE SOME JOKING COMMENTS AND SEXUAL JESTUTES! SAYING → HEY AFTET YOU JETK HIM OFF, MAKE SUTE YOU liCK YOUT FINGETS AFTET WATD!! A VETY GAY COMMENT, MEANWHILE AII THESE OFFICET ATE STATING AT MY PRIVATES, AIONG TEIIING ME TO BEND AT THE WAIST AND SPREAD YOUT BUTT CHEEKS AND STAY IN THAT ~~STATING~~ POSITION FOT A IITTIE WHILE! ACCOTDINGIY TO THE S.O.P MEAN STANDATD. OPETATING. PROCEUTE! THETE'S NO STRIP SEATCH BECAUSE THEY HAVE X-RAY ~~MACHINE TO SEE AII OF THE BODY! A VIOLATION OF~~ MY RIGHTS TO BE SEATCHED WITHOUT VIOLATIONS! OR ANY HATTASSMENTS!

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SEXUAL MISCONDUCT / HARRASSMENT

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

SEXUAL MISCONDUCT — 250 K.
8 TH AMENDMENT VIOLATION - 500 K.
SEXUAL HARRASSMENT —— 250 K.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

5-22-2025.
Dated

Plaintiff's Signature

JOE
First Name

Middle Initial

Hill
Last Name

10 WOODS RD.
Prison Address

VALHALLA
County, City

N.Y.
State

10595
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

J. Hill P-39194
P.O BOX 10.
VALHALLA N.Y.
10595

WESTCHESTER NY 105
4 JUN 2025   PM 1  L

FOREVER / USA

RECEIVED
JUN 06 2025
U.S.D.C.
W.P

CIERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHARLES L. BRIENT COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS N.Y.
10601

PRO SE

OFFICE

10601-414000