UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HILL,

                    Plaintiff,

        -against-                                    25-CV-4868 (JGLC)

OFFICER ROMANYCH, et al.,                            **ORDER**

                    Defendants.

JESSICA G. L. CLARKE, United States District Judge:

On October 30, 2025, the Court issued an Order directing Plaintiff, proceeding *pro se*, to file an amended complaint naming newly identified individual officer defendants he wishes to add to the lawsuit by December 15, 2025. The Court *sua sponte* HEREBY EXTENDS Plaintiff's deadline to file an amended complaint to **January 16, 2026**. The amended complaint will replace, not supplement, the original complaint. Plaintiff is reminded to file a change of address form with the Court if his location changes during the pendency of the case. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:  December 22, 2025
        New York, New York

                                            SO ORDERED.

                                            JESSICA G. L. CLARKE
                                            United States District Judge