UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE HILL,<br><br>                 Plaintiff,<br><br>        -against-<br><br>OFFICER ROMANYCH, et al.,<br><br>               Defendants. | 25-CV-4868 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

On October 30, 2025, the Court directed Plaintiff to file an amended complaint by December 15, 2025, naming newly identified Defendants. ECF No. 16. On December 22, 2026, the Court *sua sponte* extended Plaintiff's deadline to January 16, 2026. ECF No. 20. On January 22, 2026, the Court received returned, undelivered mail indicating that Plaintiff was released.

The Court's Individual Rules and Practices in Civil *Pro Se* Cases require *pro se* parties to maintain their current mailing address on the docket at all times. Rule 1(c). Additionally, Rule 41(b) of the Federal Rules of Civil Procedure provides that a district court may dismiss an action if "the plaintiff fails to prosecute or otherwise comply with [the] rules or a court order." Fed. R. Civ. P. 41(b); *see also Baptiste v. Sommers*, 768 F.3d 212, 216 (2d Cir. 2014). Under Rule 41(b), a district court may dismiss an action *sua sponte* for failure to prosecute after notifying the plaintiff. *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

By **February 27, 2026**, Plaintiff is directed to update his address on the docket and file his Amended Complaint. If the Court does not hear from him by that date, it will dismiss this case for failure to prosecute. The Clerk of Court is directed to mail this Order to Plaintiff's last known address.

Dated: February 6, 2026
      New York, New York

                                    SO ORDERED.

                                     *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge